UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ANDREW CHARLES STUDEE § Case No. 10-01987
§ Hon. ~PAMELA S. HOLLIS
§ Chapter 7
§
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, 7th Floor, Chicago, IL

Any person wishing to object to any Fee Application that has not already been approved or to the Final Report, must file a written objection, serve a copy of the objection upon the trustee, any party whose Application is being challenged and the United States Trustee. A hearing on fee applications and any objection to the Final Report will be held at 10:30a.m. on August 26 , 2010 in Courtroom 644, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: Clerk US Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street, Suite 910, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ANDREW CHARLES STUDEE § Case No. 10-01087
§ Hon. PAMELA S. HOLLIS
§ Chapter 7
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $23,865.55 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of*[1] | $23,865.55 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---:|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| *Trustee* ALLAN J. DeMARS | $3,136.56 | $33.48 |
| *Attorney for trustee* ALLAN J. DeMARS | $2,508.00 | |
| *Appraiser* | | |
| *Auctioneer* | | |
| *Accountant* | | |
| *Special Attorney for trustee* | | |
| *Charges,* U.S. Bankruptcy Court | | |
| *Fees,* United States Trustee | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| *Other* | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| NONE | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____$169,530.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be __10.7__ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | American Express Bank FSB | $17,430.57 | $1,869.98 |
| 2 | Sprint-Nextel | $107.31 | $11.51 |
| 3 | Chase Auto Finance | $3,918.05 | $420.34 |
| 4 | PYOD LLC assignee of Citibank | $12,962.22 | $1,390.61 |
| 5 | Chase Bank USA, NA | $15,883.16 | $1,703.97 |
| 6 | Chase Bank USA, NA | $18,370.58 | $1,970.83 |
| 7 | PFF Main Street Chicago, LLC | $22,617.59 | $2,426.46 |
| 8 | Inland Western Chicago Brickyard LLC | $35,683.04 | $3,828.14 |
| 9 | Citibank South Dakota NA | $15,910.14 | $1,706.87 |
| 10 | Charles and Donna Studee | $12,741.35 | $1,366.92 |
| 11 | Charles and Donna Studee | $13,906.13 | $1,491.88 |

UST Form 101-7-NFR (9/1/2009)

Prepared By: /s/ ALLAN J. DeMARS
_____
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dramey               Page 1 of 2                   Date Rcvd: Jul 22, 2010
Case: 10-01087                Form ID: pdf006            Total Noticed: 42

The following entities were noticed by first class mail on Jul 24, 2010.
db           +Andrew Charles Studee,    5430 West Agatite Avenue,    Chicago, IL 60630-3502
aty          +Jeremy C Kleinman,    Frank/Gecker LLP,    325 North LaSalle Street, Suite 625,
               Chicago, IL 60654-6465
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
14955115      ADT Security,    P.O. Box 650485,    Dallas, TX 75265-0485
14955116      American Express,    P.O. Box 360001,    Fort Lauderdale, FL 33336-0001
15213509      American Express Bank, FSB,    Becket & Lee LLp,    Attorneys/Agent for Creditor,    POB 3001,
               Malvern, PA 19355-0701
14955117     +Andrew Studee and Co. an Illinois Corporation (dis,    2656 W. Montrose Ave., Suite 203,
               Chicago, IL 60618-1582
14955118      BAC Home Loans Servicing, LP,    aka Bank of America,    aka Countrywide Home Loans,
               PO Box 650070,    Dallas, TX 75265-0070
14955119      BAC Home Loans Servicing, LP,    aka Bank of America,    aka Countrywide Home Loans,
               PO Box 650225,    Dallas, TX 75265-0225
14955120     +Carson's / HSBC,    PO Box 15521,    Wilmington, DE 19850-5521
14955121     +Charles and Donna Studee,    150 Rose Tree Ln.,    Lindenhurst, IL 60046-8874
15256370      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14955123      Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
14955124      Citi Cards,    PO Box 688914,    Des Moines, IA 50368-8914
14955125      CitiBusiness Cards,    PO Box 688901,    Des Moines, IA 50368-8901
15555096      Citibank South Dakota NA,    Exception Payment Processing,    PO Box 6305,
               The Lakes, NV 88901-6305
14955126      Citibank, NA,    P.O. Box 688923,    Des Moines, IA 50368-8923
14955127      Comerica Bank,    Mail Code 65 12 - SBA,    PO Box 650282,    Dallas, TX 75265-0282
14955128     +EBN Enterprises Inc.,    aka Fantastic Sam's Franchise Cop.,    9930 Derby Lane,
               Westchester, IL 60154-3745
14955129     +ECB Antioch, LLC,    C/O Great Lakes Principals,    221 W. Illinois St.,    Wheaton, IL 60187-5229
14955130     +Fantastic Sam's Franchise Corp.,    50 Dunham Road, 3rd Floor,    Beverly, MA 01915-1882
14955131     +Franciscan Plaza, LLC,    861 W. Lake St.,    Addison, IL 60101-2007
14955132     +GT Mechanical, Inc.,    15729 Annico Dr.,    Homer Glen, IL 60491-9273
14955134     +Inland Western Chicago Brickyard, LLC,    c/o Scott & Kraus, LLC,,
               150 S. Wacker Drive, Suite 2900,    Chicago, IL 60606-4206
14955135     +J.S. Paluch & Co., Inc.,    P.O. Box 2703,    Schiller Park, IL 60176-0703
15224160     +JPMorgan Chase Bank, N.A.,    c/o Mary Lautenbach,    National Bkcy Dept,
               201 N Central Ave, AZ1-1191,    Phoenix, AZ 85004-0073
14955136     +KRG Fox Lake Crossing, LLC,    Kite Realty Group,    Attn: Vice President of Property Operati,
               30 South Meridian, Suite 1100,    Indianapolis, Indiana 46204-3565
14955137      Macy's,    PO Box 183083,    Columbus, OH 43218-3083
14955138     +Meridian HOA,    C/O RMI Management LLC,    630 Trade Center Dr., Suite 100,
               Las Vegas, NV 89119-3712
14955139     +Mosaic Wireless LLC, Opus Wireless, LLC, and Kevin,    1599 Patriot Blvd,
               Glenview, IL 60026-7711
14955140     +Mosaic Wireless LLC, Opus Wireless, LLC, and Micha,    4803 Lawn Ave,
               Western Springs, IL 60558-1730
14955141     +PFF Main Street Chicago, LLC,    c/o Miller Frishman, LLC,    200 Spruce Street, Suite 200,
               Denver, CO 80230-7127,    Attn: Douglas A. Pluss
15237772     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14955142    +++Rogers Software Development, hc.,    4013 East Scorpio Place,    Chandler, AZ 85249-5844
14955143      Sprint,    PO Box 4191,    Carol Stream, IL 60197-4191
14955144     +Sprint,    aka Brightpoint,    PO Box 5105,    Carol Stream, IL 60197-5105
15215001      Sprint Nextel Correspondence,    Attn Bankruptcy Dept,    PO Box 7949,
               Overland Park KS 66207-0949
15215002      Sprint Nextel Distribution,    Attn: Bankruptcy Dept,    P.O. Box 3326,    Englewood, CO 80155-3326
14980714     +VW Credit, Inc.,    PO Box 829009,    Dallas, Tx 75382-9009

The following entities were noticed by electronic transmission on Jul 22, 2010.
14955122      Fax: 602-221-4614 Jul 22 2010 22:41:47     Chase Auto Finance,    P.O. Box 78067,
               Phoenix, AZ 85062-8067
14955133      E-mail/Text: bankruptcy@ingdirect.com                             ING Direct,    P.O. Box 60,
               St. Cloud. MN 56302-0060
14955145      E-mail/Text: vci.bkcy@vwcredit.com                             Volkswagen Credit,    P.O. Box 3,
               Hillsboro, OR 97123-0003
                                                                                                 TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1           User: dramey              Page 2 of 2              Date Rcvd: Jul 22, 2010
Case: 10-01087                 Form ID: pdf006           Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2010**                     **Signature:**   *Joseph Speetjens*