UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ANDREW CHARLES STUDEE   §   Case No. 10-1087
§   Hon. PAMELA S. HOLLIS
§   Chapter 7
§
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS _____, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $205,039.00 | Assets Exempt: | $28,570.00 |
| Total Distributions to Claimants: | $18,187.51 | Claims Discharged Without Payment: | $941,378.58 |
| Total Expenses of Administration: | $5,678.04 | | |

3) Total gross receipts of $23,865.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $23,865.55 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $688,926.10 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | $0.00 | $5,678.04 | $5,678.04 | $5,678.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | $383,336.16 | $169,530.14 | $169,530.14 | $18,187.51 |
| TOTAL DISBURSEMENTS | $1,072,262.26 | $175,208.18 | $175,208.18 | $23,865.55 |

4) This case was originally filed under chapter 7 on 01/13/2010.
The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as Exhibit 8. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as Exhibit 9.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/27/2010                      By: /s/ ALLAN J. DeMARS
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| right, title and interest in partially exempt assets | 1129-000 | $9,957.50 |
| recovery of preference | 1241-000 | $13,906.13 |
| interest on invested funds | 1270-000 | $1.92 |
| **TOTAL GROSS RECEIPTS** | | **$23,865.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 8 scheduled secured claims | | $688,926.10 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$688,926.10** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $3,136.56 | $3,136.56 | $3,136.56 |
| Allan J. DeMars | 2200-000 | N/A | $33.48 | $33.48 | $33.48 |
| Allan J. DeMars | 3110-000 | N/A | $2,508.00 | $2,508.00 | $2,508.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $5,678.04 | $5,678.04 | $5,678.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 5 scheduled but no claim filed | | $119,527.90 | $0.00 | $0.00 | $0.00 |
| 5 scheduled – credit card | 7100-900 | $80,300.49 | $80,556.67 | $80,556.67 | $8,642.26 |
| 5 scheduled – non credit card | 7100-000 | $183,507.77 | $88,973.47 | $88,973.47 | $9,545.25 |

UST Form 101-7-TDR (9/1/2009)

| TOTAL GENERAL UNSECURED CLAIMS | $383,336.16 | $169,530.14 | $169,530.14 | $18,187.51 |

| | $383,336.16 | $169,530.14 | $169,530.14 | $18,187.51 |

## EXHIBIT "8" - FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No. 10-01087
Case Name: ANDREW CHARLES STUDEE
For Period Ending: 12/31/10

Trustee Name: Allan J. DeMars
Date Filed (f) or Converted (c): 1/13/10 (F)
§341(a) Meeting Date: 2/18/10
Claims Bar Date: 5/24/10

| Ref # | 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence at 5430 W. Agatite, Chicago, IL | 140,000.00 | 0.00 | DA | | FA |
| 2 | condo 220 E.Flamingo Rd Las Vegas, NV | 50,000.00 | 0.00 | DA | | FA |
| 3 | cash | 30.00 | 0.00 | DA | | FA |
| 4 | checking/savings | 150.00 | 0.00 | DA | | FA |
| 5 | household goods | 1,000.00 | 0.00 | DA | | FA |
| 6 | books/pictures | 200.00 | 0.00 | DA | | FA |
| 7 | clothing | 750.00 | 0.00 | DA | | FA |
| 8 | jewelry | 500.00 | 0.00 | DA | | FA |
| 9 | camera/hobby equip | 200.00 | 0.00 | DA | | FA |
| 10 | insurance policies | 0.00 | 0.00 | DA | | FA |
| 11 | education IRA | 1,800.00 | 0.00 | DA | | FA |
| 12 | IRA-pension | 18,320.00 | 0.00 | DA | | FA |
| 13 | incorporated and unincorporated business | unknown | 5,841.50 | | 5,841.50 | FA |
| 14 | government bonds | 200.00 | 0.00 | DA | | FA |
| 15 | counterclaim | unknown | 0.00 | DA | | FA |
| 16 | franchise | unknown | 0.00 | DA | | FA |
| 17 | 2007 VW Jetta | 10,725.00 | 4,116.00 | | 4,116.00 | FA |

| | | | | |
|---|---|---|---|---|
| 18 | 2008 Honda Civic | 13,350.00 | 0.00 | FA |
| 19 | office equip, furnishings | 500.00 | 0.00 | FA |
| 20 | retainer balances | unknown | 0.00 | DA FA |
| 21 | preference recovery(u) | 13,906.13 | 13,906.13 | DA FA |
| 22 | interest on invested funds | | | DA |

TOTALS (Excluding unknown values)    23,863.63    23,865.55

                                      13,906.13
                                          1.92
                                  (Total Dollar Amount in Column 6)

Major activities affecting case closing: sale of right, title and interest in partially exempt and non-exempt assets; recovery of insider preference

Current Projected Date of Final Report (TFR):  July 1, 2010

# EXHIBIT 9 - FORM 2
# CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.: 10-01087
Case Name: ANDREW CHARLES STUDEE
Taxpayer ID#: 27-6542969
For Period Ending: 12/31/10

Trustee's Name: Allan J. DeMars
Bank Name: Bank of America
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 375 556 5392

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/6/10 | Ref 13,17 | Charles and Donna Studee, parents | installment on right title and interest of non and partially exempt assets | 1129-000 | 6,638.34 | | 6,638.34 |
| 6/6/10 | Ref 13,17 | Charles and Donna Studee, parents | installment on right title and interest of non and partially exempt assets | 1129-000 | 3,319.16 | | 9,957.50 |
| 6/9/10 | Ref 22 | Bank of America | interest on invested funds | 1270-000 | 0.29 | | 9,957.79 |
| 6/6/10 | Ref 21 | Charles and Donna Studee, parents, on behalf of Winifred Eide, grandmother | partial repayment of insider preference | 1241-000 | 6,953.07 | | 16,910.86 |
| 5/31/10 | Ref 22 | Bank of America | interest on invested funds | 1270-000 | 0.33 | | 16,911.19 |
| 7/28/10 | Ref 21 | Charles and Donna Studee, parents, on behalf of Winifred Eide, grandmother | partial repayment of insider preference | 1241-000 | 6,953.06 | | 23,864.25 |
| 6/29/10 | Ref 22 | Bank of America | interest on invested funds | 1270-000 | 1.30 | | 23,865.55 |
| 8/26/10 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 3,136.56 | 20,728.99 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 8/26/10 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 33.48 | 20,605.51 |
| 8/26/10 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,508.00 | 18,187.51 |
| 8/26/10 | Check 1004 | American Express Bank FSB | 726(a)(2); 10.72818% | 7100-900 | | 1,869.98 | 16,317.53 |
| 8/26/10 | Check 1005 | Sprint-Nextel | 726(a)(2); 10.72818% | 7100-000 | | 11.51 | 16,306.02 |
| 8/26/10 | Check 1006 | Chase Auto Finance | 726(a)(2); 10.72818% | 7100-000 | | 420.34 | 15,885.68 |
| 8/26/10 | Check 1007 | PYOD LLC assignee of Citibank | 726(a)(2); 10.72818% | 7100-900 | | 1,390.61 | 14,495.07 |
| 8/26/10 | Check 1008 | Chase Bank USA NA | 726(a)(2); 10.72818% | 7100-900 | | 1,703.97 | 12,791.10 |
| 8/26/10 | Check 1009 | Chase Bank USA NA | 726(a)(2); 10.72818% | 7100-900 | | 1,970.83 | 10,820.27 |
| 8/26/10 | Check 1010 | PFF Main Street Chicago | 726(a)(2); 10.72818% | 7100-000 | | 2,426.46 | 8,393.81 |
| 8/26/10 | Check 1011 | Inland Western Chicago Brickyard LLC | 726(a)(2); 10.72818% | 7100-000 | | 3,828.14 | 4,565.67 |
| 8/26/10 | Check 1012 | Citibank South Dakota NA | 726(a)(2); 10.72818% | 7100-900 | | 1,706.87 | 2,858.80 |
| 8/26/10 | Check 1013 | Charles and Donna Studee | 726(a)(2); 10.72818% | 7100-000 | | 1,366.92 | 1,491.88 |
| 8/26/10 | Check 1014 | Charles and Donna Studee | 726(a)(2); 10.72818% | 7100-000 | | 1,491.88 | 0.00 |

Money Market # 375 556 5392      23,865.55      23,865.55      0.00